UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
JANA ROMANOVA,

                        **Plaintiff,**                  **ORDER TO SHOW CAUSE**

   -against-                                17-CV-2803 (DLI)

**COLUMN FIVE MEDIA, INC.,**

                        **Defendant.**
------------------------------------------------------------------x

     A review of the docket sheet in this case reveals that the Complaint was served on defendant on June 9, 2017, and that no Answer has been filed or any further action taken in the case.

     Plaintiff is now directed to show cause, in writing, by August 11, 2017, why the case should not be dismissed for lack of prosecution, pursuant to Fed. R. Civ. P. 41(b).  Failure to comply with this Order shall result in a recommendation that the case be dismissed with prejudice and sanctions imposed on plaintiff's counsel.

     The Clerk is directed to serve a copy of this Order via ECF on counsel for plaintiff, who shall promptly serve a copy on defendant.

     **SO ORDERED.**

**Dated:**    **Brooklyn, New York**
            **August 4, 2017**

                                    /s/ *Roanne L. Mann*
                                    **ROANNE L. MANN**
                                    **CHIEF UNITED STATES MAGISTRATE JUDGE**