UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------- X
:
:
JANA ROMANOVA,  : No. 17-cv-2803-DLI-RLM
:
                 Plaintiff, :
:
: ECF Case
:
    -against- :
: NOTICE OF ENTRY OF
: APPEARANCE
COLUMN FIVE MEDIA, INC., :
                 Defendant. :
:
:
:
------------------------------------- X

To the Clerk of this Court and all parties of record:

    **PLEASE TAKE NOTICE,** Robert Penchina, undersigned counsel with Ballard Spahr LLP, hereby enters his appearance as counsel in this civil action on behalf of Defendant Column Five Media, Inc. Any and all further correspondence directed to these entities regarding this civil action, and any pleadings or other filings, may be served on undersigned counsel at the address below.

Dated: October 7, 2017        Respectfully submitted,

                                    BALLARD SPAHR LLP

                                    By:    */s Robert Penchina*
                                             Robert Penchina
                                             919 Third Avenue, 37th Floor
                                             New York, NY 10022
                                             (T): (212) 850-6109
                                             (F): (212) 223-1942
                                             penchinar@ballardspahr.com
                                             *Counsel for Defendant Column Five Media, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of October, 2017, a true and correct copy of the foregoing **NOTICE OF ENTRY OF APPEARANCE** was filed with the Court through the electronic filing system, which will automatically serve electronic notice of the same on all counsel of record.

 */s/ Robert Penchina*
Robert Penchina